UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ARNOLD ANDERSON, | Case No. 2:17-CV-00808-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| C. PATSUNA; K. BRYANT; J. AUSCHWITZ; C. VALENZUELA, | |
| Defendants. | |

Before the Court is Plaintiff Arnold Anderson's Ex Parte Motion for Appointment of Counsel (ECF No. 50). This Motion should not have been filed Ex Parte.

Accordingly,

IT IS HEREBY ORDERED that Defendants shall have 14 days from the date of this Order to file a response to Plaintiff's Motion.

IT IS FURTHER ORDERED that Plaintiff shall have seven (7) days after receipt of Defendants' response, if any, to file a reply.

DATED: October 28, 2019

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1