UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ARNOLD ANDERSON, | Case No. 2:17-CV-00808-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| C. PATSUNA; K. BRYANT; J. AUSCHWITZ; C. VALENZUELA, | |
| Defendants. | |

Before the Court is Defendants' Motion to Strike Plaintiff's Answer to Defendants' Answer to Plaintiff's Complaint (ECF No. 49). ECF No. 55. No timely response having been received thereto,

IT IS HEREBY ORDERED that Defendants' Motion to Strike Plaintiff's Answer to Defendants' Answer to Plaintiff's Complaint (ECF No. 55) is GRANTED.

DATED: November 13, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1