## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ARNOLD ANDERSON, | Case No.: 2:17-cv-00808-APG-EJY |
|---|---|
| Plaintiff | **Order** |
| v. | [ECF Nos. 84, 85] |
| C PASTUNA, et al., | |
| Defendants | |

Plaintiff Arnold Anderson filed a motion for a jury trial and a motion for a conference under Nevada Rule of Civil Procedure 16.1. ECF Nos. 84, 85. I deny Anderson's motions because I previously granted summary judgment in favor of the defendants and this case is closed. ECF Nos. 82, 83.

I THEREFORE ORDER that Arnold Anderson's motions **(ECF Nos. 84, 85) are DENIED.**

DATED this 6th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE